In the Matter of Mark Steffenilla, Respondent, v Sodus Central School District, Appellant. [741 NYS2d 768] —Appeal from an order of Supreme Court, Wayne County (Nesbitt, J.), entered October 19, 2001, which granted plaintiff's application for leave to serve a late notice of claim.

It is hereby ordered that the order so appealed from be and

the same hereby is affirmed without costs for reasons stated in decision at Supreme Court, Wayne County, Nesbitt, J.

All concur, Kehoe, J., not participating. Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Burns and Gorski, JJ.